Before SWAN, CLARK, and FRANK, Circuit Judges.

PER CURIAM.

Dismissal of the libel is affirmed on the authority of The Paula, 2 Cir., 91 F.2d 1001, certiorari denied, Peters v. Lauritzen, 302 U.S. 750, 58 S.Ct. 270, 82 L.Ed. 580. Affirmance, however, is without prejudice to renewal of the suit in the event that the remedy available to the seaman by presentation of his claim to the Norwegian Consulate in New York should prove to be non-existent.

overruling appellant's motion to remand the cause to the State court; (2) in the exclusion of testimony; (3) in the charge to the jury; (4) in the refusal to give special instructions; or (5) otherwise upon the record, it is therefore ordered and adjudged that the judgment appealed from be, and the same is in all things, affirmed.

## LESH v. PRUDENTIAL INS. CO. OF AMERICA.

### No. 8659.

Circuit Court of Appeals, Sixth Circuit.

June 6, 1941.

James Harrington Boyd and Hall & Devlin, all of Toledo, Ohio, for appellant

Doyle & Lewis and Wm. C. Moore, both of Toledo, Ohio, for appellee.

Before HICKS, ALLEN, and MARTIN, Circuit Judges.

PER CURIAM.

This cause was heard upon the transcript of the record, briefs and arguments of counsel, and it appearing to the court that there was no prejudicial error, (1) in

## LINDABURY v. COMMISSIONER OF INTERNAL REVENUE.

### No. 7707.

Circuit Court of Appeals, Third Circuit.

June 30, 1941.

William Rowe, of Newark, N. J. (Lindabury, Steelman, Zink & Lafferty, of Newark, N. J., on the brief), for petitioner.

Newton K. Fox, Sp. Asst. to Atty. Gen. (Samuel O. Clark, Jr., Asst. Atty. Gen., and Sewall Key, Sp. Asst. to Atty. Gen., on the brief), for respondent.

Before CLARK, JONES, and GOODRICH, Circuit Judges.

PER CURIAM.

The finding by the Board of Tax Appeals that the petitioner's shares of stock in the Kearny National Bank were not and did not become worthless during the taxable year is fully supported by the evidence and justifies the Board's decision approving